IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NEAL'S MOTOR COACH, INC., | : | CASE NO. 02-71476-MHM |
| | : | |
| Debtor. | : | |

### TRUSTEE'S REPORT AND PAYMENT OF UNCLAIMED FUNDS

Comes now, The Trustee in the above-captioned case, Paul H. Anderson, Jr., and represents to

the Court as follows:

1.      Pursuant to Bankruptcy Rule 3010(a) and the Dividend Distribution Report approved in

this case by the United States Trustee, the Trustee paid dividends in the amounts specified in said Report

equal to or exceeding $5.00

2.      Pursuant to Bankruptcy Code §347(a), the Trustee has stopped payment on the dividend

checks to the following claimants, who failed to present their checks for payment:

| Claim No. | Claimant | Dividend Amount |
|---|---|---|
| 10 | Civil War Preservation Trust | $4,854.78 |

3.      Pursuant to Bankruptcy Rule 3010(a) and Bankruptcy Code §347(a), the Trustee hereby

attaches his check in the amount of $4,854.78, payable to "Clerk, U.S. Bankruptcy Court," for

disposition under Chapter 129 of Title 28, U.S.C.

_____
/s/
Paul H. Anderson, Jr.
Trustee in Bankruptcy
Georgia Bar No. 017825

Two Piedmont  Center, Suite 315
3565 Piedmont Road, N.E.
Atlanta, Georgia  30305
404/495-5380

CERTIFICATE OF SERVICE

I, Paul H. Anderson, Jr., certify that I have served a copy of the foregoing TRUSTEE'S REPORT

AND PAYMENT OF UNCLAIMED FUNDS upon each of the following:

Civil War Preservation Trust
11 Public Square
Suite 200
Hagerstown, MD 21740-5510

Civil War Preservation Trust
1331 H Street, N.W., Suite 1001
Washington, DC 20005

Office of the United States Trustee
Room 362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

by depositing a copy of the same in the United States Mail in an envelope properly addressed with

sufficient postage to assure delivery.

This 23rd day of February, 2009.

_____/s/_____
Paul H. Anderson, Jr.
Georgia Bar No. 017825

Two Piedmont  Center, Suite 315
3565 Piedmont Road, N.E.
Atlanta, Georgia  30305
404/495-5380